**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff/Garnishor,

v.                                                 Case No. 98-10402

NANCY J. HEGENAUER

    Defendant,

v.

LC INDUSTRIES,

    Garnishee.
_____/

**AMENDED JUDGMENT**

    The court AFFIRMS the Clerk's Entry of Judgment.

    IT IS ORDERED AND ADJUDGED that pursuant to Federal Rule of Civil Procedure 55(b)(1), judgment by Default is hereby entered in favor of Plaintiff United States of America and against Garnishee Defendant, LC Industries, in the amount of $14,003.11.  Post Judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961.  Dated at Detroit, Michigan, this 18th day of February 2014.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  s/ Lisa Wagner
                                             By:  Lisa Wagner, Case Manager
                                                to Judge Robert H. Cleland